**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     *Thomas Gunnar Kelly v. Sherry Marie Kelly*

Appellate case number:   01-19-00580-CV

Trial court case number: 2018-21540

Trial court:             246th District Court of Harris County

On September 23, 2021, the parties filed a "Joint Motion to Expedite the Mandate." In this motion, the parties informed the Court that they have reached a settlement agreement. They request that we expedite issuance of our mandate so the trial court, on remand, can sign an Agreed Decree of Divorce consistent with the parties' settlement agreement.

The parties' joint motion to expedite issuance of the mandate is **granted**. We direct the Clerk of this Court to issue the mandate for the above-captioned case immediately. *See* TEX. R. APP. P. 18.1(c) ("The mandate may be issued earlier if the parties so agree . . . .").

It is so ORDERED.

Judge's signature: /s/ April L. Farris
                   ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Kelly, Guerra, and Farris.

Date: September 28, 2021